**Order entered February 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00410-CR

### REYES DAVID GARCIA A/K/A DAVID GARCIA REYES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-70522-S**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the October 3, 2018 motion of Sharita Blacknall for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Sharita Blacknall as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Reyes David Garcia, TDCJ No. 01988364, Daniel Unit, 938 South FM 1673, Snyder, Texas, 79549.

/s/     AMANDA L. REICHEK
        JUSTICE